# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN AKHATSEGBE,** | : | |
| Petitioner | : | |
| | : | No. 1:24-cv-01871 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN J. GREENE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of January 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Christian Akhatsegbe (Doc. No. 1), Respondent's response in opposition to the petition (Doc. No. 7), and Petitioner's late-filed traverse (Doc. No. 8), and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania